**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL GAUTIER, an individual, | Case No. 2:25-cv-08112-MCS-MAA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES POLICE DEPARTMENT, a municipal entity; CITY OF LOS ANGELES, a municipal entity; OFFER ALVARO GARZON, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1

Pursuant to the Court's Order Re: Motion for Judgment on the Pleadings, it is ordered, adjudged, and decreed that judgment is entered dismissing Plaintiff Noel Gautier's claim against Defendants City of Los Angeles and Officer Alvaro Garzon without prejudice.[1] Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 8, 2026

_Mark C. Scarsi_

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff previously voluntarily dismissed his claim against Defendant Los Angeles Police Department with prejudice. (Joint Stip. of Dismissal, ECF No. 22.)

2